UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Fred Bowen,

Plaintiff,

vs.

Midwest Accounts Service, and
Jan Miller, individually,

Defendants.

File No: 01-CV-1205 JRT/FLN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

It is hereby stipulated and agreed, by and between the Plaintiff and Defendants, through their respective undersigned attorneys, that all of Plaintiff's claims against Defendants may be and are hereby dismissed with prejudice and on the merits, without costs to any party, and that a judgment of dismissal with prejudice and on the merits as to Plaintiff's claims against said Defendants may be entered pursuant hereto without further notice.

Dated: Jan. 3, 2002

THE BARRY LAW OFFICE, LTD.

By Peter F. Barry, #0266577
Attorney for Plaintiff
342 East County Road D
St. Paul, MN 55117-1275
651.714.8800

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

GISLASON MARTIN
& VARPNESS, P.A.

1-7-02

By Joel M. Muscoplat, #76806
Attorneys for Defendants
7600 Parklawn Ave. South, Suite 444
Minneapolis, MN 55435
952.831.5793

**ORDER**

Upon the foregoing Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED: That a dismissal of all of Plaintiff's claims as against Defendants, with prejudice and on the merits and without costs to any party, be entered in the above-entitled matter.

Dated this 9th day of January, 2002.

BY THE COURT:

JUDGE OF UNITED STATES DISTRICT COURT